UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff(s), <br><br> v. <br><br> VIPER CAPITAL MGMT., LLC, et al., <br><br> Defendant(s). <br><br> and related cases | No. C06-6966 SI (BZ) <br><br> and related cases: <br><br> C06-7270 SI (BZ) <br> C07-2507 SI (BZ) <br> C07-2508 SI (BZ) <br> C07-2509 SI (BZ) <br><br> **ORDER** |

**IT IS ORDERED** that a further telephone conference to discuss the status of a global settlement is scheduled for **September 4, 2007 at 1:30 p.m.** Mr. Pedone shall get counsel for all interested parties on the line and call the court at **415-522-4093**.

Dated: July 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SEC.VIPER\TEL.CONF.REGLOBAL.SETT.wpd

1